1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA LOUISE GATTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>　　　　Defendant. | CASE NO. 3:17-CV-05745-RSL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: August 17, 2018 |

　　The District Court has referred Plaintiff's Motion for Attorney Fees Under 28 U.S.C. § 2412(d) ("Motion"), to United States Magistrate Judge David W. Christel. *See* Dkt. 15. Plaintiff filed the Motion, seeking attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), on July 17, 2018. Dkt. 14. On July 30, 2018, Defendant filed a Response stating she does not object to Plaintiff's Motion. Dkt. 16.

　　Based on the EAJA, the Motion, the attorney time itemization (Dkt. 14-1), and the relevant record, the Court recommends an EAJA Award in the amount of  EAJA attorney's fees

REPORT AND RECOMMENDATION - 1

of $ 3,528.14 and costs of $ 400.00 be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Court also recommends Plaintiff's award be subject to any offset allowed pursuant to the Department of Treasury's Offset Program. *See id.* at 595-98. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt and is not subject to any offset, the Court recommends the government pay the EAJA Award directly to Kevin Kerr, Plaintiff's counsel. If there is an offset, the Court recommends any remainder be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check be mailed to Plaintiff's counsel, Kevin Kerr, at P.O. Box 14490, Portland, OR 97293.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on August 17, 2018, as noted in the caption.

Dated this 2nd day of August, 2018.

David W. Christel
United States Magistrate Judge