UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICTORIA LOUISE GATTI,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. 3:17-CV-05745-RSL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's Motion for Attorney Fees is **GRANTED** in the amount of attorney's fees of $ 3,528.14 and costs of $ 400.00, pursuant to EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

(3)    Plaintiff's award is subject to any offset allowed pursuant to the Department of Treasury's Offset Program. *See Ratliff*, 560 U.S. at 595-98. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt and is not subject to any offset, the government shall pay the EAJA Award directly to Kevin Kerr, Plaintiff's counsel. If there is an offset, the

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check be mailed to Plaintiff's counsel, Kevin Kerr, at P.O. Box 14490, Portland, OR 97293.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 21st day of August, 2018.

Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2